UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN JAMAIRE JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 5:12-CV-787-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon defendant's consent motion for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 22, 2016, that the Administrative Law Judge rendered a favorable decision to plaintiff on June 16, 2015, which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on February 22, 2016, and Copies To:**

Cynthia M. Currin (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)


February 22, 2016         JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk